**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ambrose WANRIN, Defendant–**
**Appellant.**

**No. 01–6106.**

United States Court of Appeals,
Fourth Circuit.

Submitted May 17, 2001.

Decided May 25, 2001.

Ambrose Wanrin, pro se. Robert Reeves Harding, Assistant United States Attorney, Baltimore, MD, for appellee.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Ambrose Wanrin appeals from the district court's order denying his motion to reopen the period during which he could appeal from the district court's April 3, 2000 order denying relief on his motion filed pursuant to 28 U.S.C.A. § 2255 (West Supp.2000). He asserted that he did not receive a copy of the order. Because Wanrin's motion to reopen was filed more than 180 days after the entry of the April 3, 2000 order, the district court lacked authority to reopen the appeal period. *See* Fed.R.App.P. 4(a)(6). Accordingly, we deny Wanrin's motion for permission to appeal the April 3, 2000 order, deny a certificate of appealability, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

DISMISSED.